**John R. STONE, Jr., Plaintiff–
Appellant,**

v.

**WACHOVIA SECURITIES, L.L.C.,
f.k.a. First Union Security, Inc.,
Defendant–Appellee.**

**No. 05–10998
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 20, 2005.

Arthur L. Stern, III, Tallahassee, FL, for Plaintiff–Appellant.

Daniel Stephen Fiore, II, Law Office of Daniel S. Fiore, Arlington, VA, for Defendant–Appellee.

Before HULL, WILSON and COX, Circuit Judges.

PER CURIAM.

John R. Stone, Jr. appeals the decision of the district court denying his application to vacate an arbitration award in favor of Wachovia Securities, LLC.

Having considered the briefs, and relevant parts of the record, we find no reversible error in the district court's denial of Stone's application without allowing discovery and conducting an evidentiary hearing.

---

1. Norwood's request for oral argument is denied.

The judgment of the district court is, therefore,

**AFFIRMED.**